| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
July 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Raymond Chappie, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-4456 |
| | § | |
| Energi Pros LLC, | § | |
| Defendant. | § | |

## Order of Adoption

On June 10, 2020, Magistrate Judge Peter Bray recommended that Chappie's motion for default judgment be granted. (29) No objections were filed. After considering the record and the law, the court adopts the Memorandum and Recommendation in part as its Memorandum and Order. The court has considered the complexity of the case and the submissions of counsel and concludes that a fair and reasonable amount of attorney's fees is $2,725. The court will issue a separate default judgment.

Signed on July 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge