United States District Court
Southern District of Texas
**ENTERED**
July 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Raymond Chappie, §
   Plaintiff, §
§
v. § Civil Action H-19-4456
§
Energi Pros LLC, §
   Defendant. §

# Default Judgment

On Chappie's motion for default judgment, Chappie is awarded $1,812.58 in actual and liquidated damages, $2,725.00 in attorney's fees, $882.95 in costs, and post-judgment interest at the applicable federal rate.

Signed on July 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge